**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**COREY E. TURNER, SR.**
**#28354-044**                                                                                 **PETITIONER**

**v.**                                    **Case No. 2:25-cv-00141-KGB**

**DOE**                                                                                          **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered on this day, it is considered, ordered, and adjudged that the

petition is dismissed with prejudice.  The relief requested is denied.

It is so adjudged this 3rd day of March, 2026.

_Kristine G. Baker_
Kristine G. Baker
Chief United States District Judge